```
 1   Christopher J. Reichman, SBN 250485
     Email: chrisr@prato-reichman.com
 2   PRATO & REICHMAN, APC
 3   8555 Aero Drive, Suite 303
     San Diego, CA 92123
 4   Telephone: 619-683-7971
 5
     Anthony Paronich, Pro Hac Vice
 6   Email: anthony@paronichlaw.com
 7   PARONICH LAW, P.C.
     350 Lincoln Street, Suite 2400
 8   Hingham, MA 02043
 9   Telephone: (508) 221-1510
10   Attorney for Plaintiff Terry Fabricant and
     the Proposed Class
11
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>PAYMENTCLUB INC.<br><br>            Defendant. | Case No. 2:19-cv-02451-ODW-AS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Otis Wright |

      Plaintiff Terry Fabricant and Defendant Paymentclub, Inc. ("Defendant")

(together, the "Parties") by and through their respective counsel write to advise the Court

that the Plaintiff is dismissing his claims with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii). None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.

By:  /s/ *Anthony I. Paronich*
     Anthony I. Paronich
     Attorney for Plaintiff

By:  /s/ *James C. Huber*
     James Huber
     Attorney for Defendant

DATED: November 20, 2019

## CERTIFICATE OF SERVICE

I, hereby certify that on November 20, 2019, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich