JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TERRY FABRICANT,<br><br>      Plaintiff,<br><br>      v.<br><br>NET ELEMENT, INC.,<br>      Defendant. | Case № 2:19-cv-02451-ODW (ASx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal (ECF No. 58) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 21, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**